IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ANDREW G. DUGGINS,**

    **Plaintiff,**

v.                                   **Civil Action No. 1:21cv34**
                                              **(Judge Kleeh)**

**B.M. ANTONELLI, Warden; J. CARAWAY,
Regional Director; MICHAEL CARVAJAL,
Director; FEDERAL BUREAU OF PRISONS;
LT. MARSHALL, and JOHN O'BRIEN,**

    **Defendants.**

## REPORT AND RECOMMENDATION THAT APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES BE DENIED

On March 15, 2021, the *pro se* plaintiff, Andrew G. Huggins, filed this federal civil rights complaint together with a Motion for Leave to Proceed *in forma pauperis*. On April 5, 2021, pursuant to a Notice of Deficient Pleading, Huggins filed a Prisoner Trust Account Report ("PTAR") with ledger sheets. The ledger sheets reveal that the plaintiff had an available balance of $886.13 as of March 18, 2021. Consequently, the plaintiff has more than enough money to pay the $402.00 filing fee. Accordingly, the plaintiff's request to proceed without prepayment of fees should be denied, and he should be ordered to pay the full filing fee. The plaintiff should also be warned that the failure to pay the full filing fee within the time allowed by the Court will result in the dismissal of his complaint.

The plaintiff shall have **fourteen days from the date of entry of this Report and Recommendation within which to file with the Clerk of this Court, specific written objections**, identifying the portions of the Report and Recommendation to which objection is made, and the basis of such objection. A copy of such objections should also be submitted to the

United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk is **DIRECTED** to send a copy of this Report and Recommendation to the *pro se* plaintiff by certified mail, return receipt requested, to his last known address as shown on the docket.

DATED: May 11, 2021

/s/  Michael John Aloi
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE