IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Clarksburg

**ANDREW G. DUGGINS,**

        Plaintiff,

v.                                         Civil Action No. 1:21-CV-34
                                                   Judge Bailey

**B.M. ANTONELLI,** Warden,
**J. CARAWAY,** Regional Director,
**DIRECTOR MICHAEL CARVAJAL,**
**FEDERAL BUREAU OF PRISONS,**
**LT. MARSHALL,** and
**JOHN O'BRIEN,**

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above referenced case is before this Court upon the magistrate judge's recommendation that plaintiff's Application to Proceed without Prepayment of Fees [Doc. 2] be denied.

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. **Thomas v. Arn**, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. **United**

*States v. Schronce*, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984). No objections have been filed to the magistrate judge's report and recommendation.

A *de novo* review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's report and recommendation [**Doc. 9**] is **AFFIRMED**, and plaintiff's Application to Proceed Without Prepayment of Fees [**Doc. 2**] is **DENIED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* plaintiff.

**DATED:** October 6, 2021.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE